KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Andrew K. Glenn (aglenn@kasowitz.com)
Matthew B. Stein (mstein@kasowitz.com)
Daniel A. Fliman (dfliman@kasowitz.com)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Defendant Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>        Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |
| RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>ALLSTATE INS. CO., THE OTHER PARTIES LISTED ON EXHIBIT A TO THE COMPLAINT, JOHN DOES 1-1000,<br><br>        Defendants. | Adv. Case No. 12-01671 (MG) |

**NOTICE OF MOTION TO WITHDRAW THE REFERENCE OF THE ABOVE-CAPTIONED ADVERSARY PROCEEDING TO THE BANKRUPTCY COURT**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure and Rule 5011-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the

accompanying declaration of Kanchana Wangkeo Leung, dated June 28, 2012 and exhibits attached thereto and the accompanying memorandum of law, defendant Federal Housing Finance Agency ("FHFA"), as Conservator for Freddie Mac, by and through its undersigned attorneys, hereby moves the United States District Court for the Southern District of New York for entry of an order withdrawing the reference of this Adversary Proceeding to the Bankruptcy Court, and for such other and further relief as the Court deems just and proper.

FHFA has made no prior request to any court for the relief requested by this motion. FHFA respectfully requests oral argument on this motion.

DATED:      June 28, 2012
            New York, New York

                                KASOWITZ, BENSON, TORRES &
                                FRIEDMAN LLP

                                /s/ *Andrew K. Glenn*
                                Andrew K. Glenn (aglenn@kasowitz.com)
                                Matthew B. Stein (mstein@kasowitz.com)
                                Daniel A. Fliman (dfliman@kasowitz.com)
                                1633 Broadway
                                New York, New York 10019
                                Telephone:  (212) 506-1700
                                Facsimile:  (212) 506-1800

                                *Attorneys for Defendant Federal Housing*
                                *Finance Agency, as Conservator for the Federal*
                                *Home Loan Mortgage Corporation*